**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

In Re:      Ali Farooq Younus                    )      Case No.  24-40355-can7
                              Debtor      )

**NOTICE OF *LIMITED* APPEARANCE AS CO-COUNSEL ON BEHALF OF DEBTOR *SOLELY* FOR THE PURPOSE OF FILING A MOTION TO WITHDRAW FIRM WM LAW AS DEBTOR'S COUNSEL**

COMES NOW Attorney, Chelsea S. Williamson of WM Law, and gives notice of this LIMITED entry of her appearance as co-counsel for the above-captioned Debtor, SOLELY for the purpose of filing a Motion to Withdraw the firm WM Law as counsel for Debtor.  Standing Counsel for Debtor, Errin P. Stowell, shall remain the same until further notice or order of this Court.  ECF Notices may be remitted to Debtor's limited co-counsel at:

williamson@wagonergroup.com.

Dated: May 5, 2025                    Respectfully submitted,
                                       WM Law

                                       *s/ Chelsea S. Williamson*
                                       Chelsea S. Williamson, MO #51089
                                       15095 W. 116th St.
                                       Olathe, KS 66062
                                       Phone (913) 422-0909 / Fax (913) 428-8549
                                       williamson@wagonergroup.com
                                       ATTORNEY FOR DEBTOR IN LIMITED
                                       CAPACITY

**CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2025, the foregoing was delivered via e-mail to the parties that are registered to receive electronic filings on ECF, and regular first class, postage prepaid and e-mail to the Debtor listed below who is not registered to receive electronic filings on ECF.

Ali Farooq Younus
1009 SE Auburn Ct.
Blue Springs, MO 64014
ali.oca@yahoo.com

                                       *s/ Chelsea S. Williamson*

1