

Chelsea Williamson <williamson@wagonergroup.com>

# Letter and Motion to Withdraw as Counsel
1 message

**Chelsea Williamson** <williamson@wagonergroup.com>                    Mon, May 5, 2025 at 9:36 PM
To: ali.oca@yahoo.com
Cc: Ana Ballesteros <ana@wagonergroup.com>

Mr. Younus,
Please find attached a Letter to you, and my Limited Entry of Appearance and Motion that was filed with the Court
tonight.  These documents are also being mailed to you by regular mail and certified mail with return receipt.

As stated in the Letter, I will be the only person at WM Law you are to contact, and all communications must be in writing
by email only going forward; my email address is: williamson@wagonergroup.com.

Again, I will not discuss your case over the phone, but only by writing through email.  My office has been instructed to
direct you to my email if you call.

Chelsea S. Williamson
Attorney at Law
WM LAW
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
Email: williamson@wagonergroup.com
www.KansasCityEstateplanner.com
www.KansasCityBankruptcy.com
## *1-855-Don't-Worry!*

Confidentiality Statement & Notice: The information contained in this E-mail is privileged, confidential information of the sender. Any review, retransmission, dissemination or other use of this information by any person other than the intended recipient is strictly prohibited. If you think you have received this message in error, please reply to this message indicating it was received in error and then delete it from your files. Communication by E-mail is not necessarily secure and may be intercepted during transmission. Please exercise caution when including information in E-mail communications. Any reliance on the information contained in this message by someone who has not entered into a written fee agreement with the above attorney and/or law firm is taken at the reader's own risk. Receipt of this communication does not, by itself, create any lawyer/client relationship with the addressee. The legal staff of this firm are licensed to practice ONLY in Kansas and Missouri. We do not intend to offer any advice to any person or entity regarding any legal matter not involving Kansas or Missouri law.

Note: The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication; (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa; (3) persons not participating in our communication may intercept our communications by improperly gaining access to your computer or my computer or even some computer unconnected to either of us which the e-mail passed through. If you want future communications to be sent in a different fashion, please let me know at once.
Note: The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication; (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa; (3) persons not participating in our communication may intercept our communications by improperly gaining access to your computer or my computer or even some computer unconnected to either of us which the e-mail passed through. If you want future communications to be sent in a different fashion, please let me know at once.

**3 attachments**

 **LT Client re MT Withdraw as Counsel, 2025-5-5.pdf**
265K

 **POF LIMITED EOA, CSW, 2025-5-5.pdf**
143K

**Motion to Withdraw as Counsel, 2025-5-5.pdf**
93K

# Exhibit 1



# KANSAS CITY'S PREMIERE ESTATE PLANNING & BANKRUPTCY FIRM

Chelsea S. Williamson, Attorney at Law • williamson@wagonergroup.com • Phone: (913) 422-0909 • FAX: (913) 428-8549 • 15095 West 116th Street • Olathe, KS 66062

www.KansasCityBankruptcy.com • www.KansasCityEstatePlanner.com

May 5, 2025

***VIA 1st Class Mail & Certified Mail to:***

Ali Farooq Younus
1009 SE Auburn Ct.
Blue Springs, MO 64014

***VIA Email to:***
ali.oca@yahoo.com

| | |
|---|---|
| **Case No.** | **24-40355-can7** |
| **Re:** | **MOTION TO WITHDRAW WM LAW AS YOUR COUNSEL** |

Dear Mr. Younus,

Please be advised that today we filed a Motion to Withdraw the firm WM Law as your counsel in your bankruptcy case number 24-40355, for good cause. We filed the Motion in accordance with the United States Bankruptcy Court for the Western District of Missouri Local Rule 2091-1(A), which states as follows:

> **An attorney of record may withdraw only by Court permission, by an order entered after service of notice of withdrawal on the client, other counsel of record, the trustee, if any, and the United States Trustee. An order will not be entered until new counsel enters an appearance, except *for good cause*.**

If and until you can retain new counsel, you will be acting *Pro Se*, which means you are personally responsible for complying with all orders of the court and time limitations established by the rules of procedure or by court order; and the dates of any pending trial, hearings, conferences, and deadlines.

Please find attached a copy of the Motion that has been filed with the United States Bankruptcy Court for the Western District of Missouri.

Furthermore, we will remain attorneys of record on your behalf, if and only, until the Western District of Missouri Bankruptcy Court enters an Order Granting the firm's Motion to Withdraw as Counsel. Finally, I will be the only person at WM Law you are to contact, and all communications must be in writing by email. My email address is: williamson@wagonergroup.com. Again, I will not discuss your case over the phone, but only by writing through email.

Sincerely,

*Chelsea Williamson*

Chelsea S. Williamson
Attorney at Law

WM Law

---