**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**

FILED
MAR 24 2026
PAIGE WYMORE-WYNN, CLK
U.S. BANKRUPTCY COURT
WEST DISTRICT
OF MISSOURI

In re:
Ali Farooq Younus
Case No. 24-40355-can7
Chapter 7

## NOTICE OF CHANGE OF ADDRESS

Creditor: Cassidi Dye

Please take notice that the mailing address for the above-named creditor has changed.

**Former Address:**
1009 SE Auburn Ct
Blue Springs, MO 64014

**New Address:**
1220 N Elsea Smith Rd
Independence, MO 64056

Dated: March 3, 2026

Signature: ____________________
Cassidi Dye